Suzanne GARNER, Plaintiff—
Appellant,

v.

MOTOROLA INC, an Arizona
corporation, Defendant—
Appellee,

and

Ann Miller, Dr. (wife); John Doe
Miller, husband; John Does;
Jane Does, Defendants.

No. 00–17117.

D.C. No. CV–97–00174–PGR.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 11, 2002.

Decided April 19, 2002.

Before GOODWIN, THOMAS and W. FLETCHER, Circuit Judges.

ORDER *

The judgment appealed from is affirmed substantially for the reasons stated in the

---

memorandum order granting summary judgment by District Judge Young.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Charles R. Weiner, Senior United States District Judge from the Eastern District of Pennsylvania, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.